CELINE M. STAHL *v.* EUGENE R. BAYLISS, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 63 (AC 26311), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Norman A. Roberts II*, in opposition.

Decided November 29, 2006

RINO GNESI COMPANY, INC. *v.* SEBASTIAN SBRIGLIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 98 Conn. App. 1 (AC 25476), is denied.

*John C. Lewis III*, in support of the petition.

*David S. Hoopes*, in opposition.

Decided December 6, 2006

STATE OF CONNECTICUT *v.* PAOLINO SANSEVERINO

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 198 (AC 25793), is granted, limited to the following issue: